430 A.2d 1150

**PENNSYLVANIA HEARING AID DEALERS ASSOCIATION, INC., et al., Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF HEALTH et al.**

No. 80–2–313.

Supreme Court of Pennsylvania.

Argued May 21, 1981.

Decided June 4, 1981.

James L. Walsh, Harrisburg, for appellants.

Reed Hamilton, Asst. Atty. Gen., for appellees.

Before ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order, 53 Pa.Cmwlth. 495, 417 A.2d 1340, affirmed.

O'BRIEN, C.J., and WILKINSON, J., did not participate in the consideration or decision of this case.